OPINION — AG — ** LABOR — WORK HOURS — STRIKES ** FEMALE EMPLOYEES OF TELEPHONE COMPANIES IN OKLAHOMA ARE NOT EXEMPT FROM THE MAXIMUM NINE HOUR WORK DAY AND FIFTY FOUR WORK WEEK PROVISIONS IN 40 O.S. 81 [40-81], 40 O.S. 82 [40-82], 40 O.S. 82 [40-82], 40 O.S. 84 [40-84] DUE TO THE CURRENT STRIKE, AND SAID ACT IN VALID AND ENFORCEABLE. (STRIKES, EMPLOYEES, COMPENSATION, EMPLOYMENT, HOURS) CITE: 40 O.S. 81 [40-81], OPINION NO. AUGUST 24, 1043 — MURPHY, 42 U.S.C.A. 2000(E) (PENN LERBLANCE)